UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Jose Medina and
The Medina Family Trust,
    Plaintiffs,

v.                                                          C.A. 12-925

Wells Fargo Bank, N.A., Alias,
Government National Mortgage
Association, Alias, and John Doe, Alias,
    Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of the defendant, Government National Mortgage Association, in the above-captioned matter. The Notice of Appearance was entered in error.

                                                Government National Mortgage
                                                Association,
                                                By its Attorney,

Dated: August 23, 2013                      /s/ Bethany M. Whitmarsh
                                                Bethany M. Whitmarsh, #7318
                                                LeClairRyan
                                                One International Place, 11th Floor
                                                Boston, MA 02110
                                                Tel: 617-502-8200
                                                Fax: 617-502-8259
                                                E-mail: bethany.whitmarsh@leclairryan.com

## Certificate of Service

I hereby certify that on August 23, 2013 the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Bethany M. Whitmarsh
Bethany M. Whitmarsh